UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| HARLAND CANTIN,<br>DOROTHY CANTIN,<br>　　　Plaintiffs | :<br>:<br>:<br>: |
| v. | :   File No. 1:06-CV-218 |
| NATURE CONSERVANCY,<br>ROBERT BENT, CHARLES HICKEY,<br>KRISTINA MICHELSEN,<br>　　　Defendants | :<br>:<br>:<br>:<br>: |

## ORDER

　　The Magistrate Judge's Report and Recommendation was filed April 9, 2007 (Paper 38).  After de novo review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).  Defendants' motions to dismiss (Papers 13, 22 and 23) are GRANTED.  Plaintiffs shall be allowed 30 days from the date of this Order to file an amended complaint.  Failure to file a properly amended complaint may result in the dismissal of this case.

　　Plaintiffs' motion for summary judgment (Paper 7) is DENIED as premature.

　　SO ORDERED.

　　Dated at Brattleboro, in the District of Vermont, this 1st day of May, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ J. Garvan Murtha
　　　　　　　　　　　　　　　　　　　　J. Garvan Murtha
　　　　　　　　　　　　　　　　　　　　United States District Judge