UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| HARLAND CANTIN,<br>DOROTHY CANTIN<br>    Plaintiffs<br><br>        v.<br><br>NATURE CONSERVANCY,<br>ROBERT BENT, CHARLES HICKEY,<br>KRISTINA MICHELSEN,<br>    Defendants | :<br>:<br>:<br>:<br>:  File No. 1:06-CV-218<br>:<br>:<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed June 4, 2007 (Paper 48).  After de novo review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).  This case, including the allegations set forth in the Amended Complaint (Paper 47) against Nature Conservancy, Robert Bent, Charles Hickey and Kristina Michelsen, as well as the claims against the 49 new defendants, which are deemed frivolous, are hereby DISMISSED with prejudice.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 26th day of June, 2007.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge